# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISON

| | |
|---|---|
| VETNOS, LLC, *Plaintiff*, <br><br> v. <br><br> SIDEPRIZE LLC d/b/a PRIZEPICKS, *Defendant*. | Civil Action No. 1:23-cv-2746 |

### DEFENDANT'S REQUEST FOR ORAL ARGUMENT REGARDING ITS MOTION TO DISMISS AND ASSOCIATED OBJECTIONS TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION

Defendant SidePrize LLC d/b/a PrizePicks ("PrizePicks") respectfully requests that the Court hear oral argument regarding PrizePicks' Motion to Dismiss [D.E. 14], the associated Special Master's Report and Recommendation on Defendant's Motion to Dismiss [D.E. 34], and PrizePicks' objections to the same [D.E. 32].

PrizePicks submits that oral argument may aid the Court in its decision. Moreover, in accordance with the Court's standing order, an attorney with less than seven years out of law school will conduct the oral argument on at least one substantial issue. Newly retained counsel from Boies Schiller Flexner LLP, pro hac vice pending, will participate in the oral argument.

PrizePicks will work with Plaintiff to identify possible dates for oral argument in light of the Court's availability.

Dated: May 24, 2024

Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

MORRIS, MANNING & MARTIN, LLP

*/s/ Daniel Huynh*

Jesse Panuccio
(*pro hac vice* pending)
Eric Maurer
(*pro hac vice* pending)
Hamish Hume
(*pro hac vice* pending)
Alexander Law
(*pro hac vice* pending)
Madison Bower
(*pro hac vice* pending)
1401 New York Ave, NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
jpanuccio@bsfllp.com
emaurer@bsfllp.com
hhume@bsfllp.com
alaw@bsfllp.com
mbower@bsfllp.com

Daniel Huynh
Georgia Bar No. 987369
Ashley N. Klein
Georgia Bar No. 579502
Rebecca K. Connolly
(*pro hac vice*)
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
Tel: (404) 233-7000
Fax: (404) 365-9532
dhuynh@mmmlaw.com
aklein@mmmlaw.com
rconnolly@mmmlaw.com

## **L.R. 5.1(C) CERTIFICATE OF COMPLIANCE**

Per L.R. 7.1(D), I certify that this pleading was prepared per L.R. 5.1(C) in Times New Roman, 14 point type face.

*/s/ Daniel Huynh*
Daniel Huynh
Georgia Bar No. 987369

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2024, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division, using the CM/ECF system, which will send notification and a copy of this filing to all counsel of record.

*/s/ Daniel Huynh*
Daniel Huynh