# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VETNOS, LLC,<br>    *Plaintiff*,<br><br>v.<br><br>SIDEPRIZE LLC d/b/a PRIZEPICKS,<br><br>    *Defendant*. | Civil Action No. 1:23-cv-2746-WMR |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S REQUEST FOR FURTHER ORAL ARGUMENT

PrizePicks' motion for further oral argument (D.I. 46) should be denied. The parties extensively briefed PrizePicks' Motion to Dismiss (D.I. 14, D.I. 18, D.I. 21); the Special Master heard oral argument from the parties for more than two hours (D.I. 35-1); and the Special Master issued a detailed Report and Recommendation ("R&R") (D.I. 32). PrizePicks filed objections to the R&R, re-hashing the same arguments it made to the Special Master (D.I. 34), and Vetnos responded to PrizePicks' Objections. (D.I. 35).

PrizePicks cites no authority for its request for a second oral argument related to its objection to the Special Master's R&R where the Special Master has already conducted oral argument. PrizePicks' alleged justification for a second oral argument is to permit its "[n]ewly retained counsel from Boies Schiller Flexner LLP [to] participate in the oral argument." (D.I. 46). The fact that PrizePicks belatedly

1

decided to hire new counsel is not a valid justification to again re-argue the Motion to Dismiss. To do so would be highly prejudicial to Vetnos, would result in a waste of judicial and party resources, and would encourage all future litigants to simply retain new counsel after each adverse ruling by a Special Master, thus rendering the process superfluous. Vetnos therefore respectfully requests the Court deny PrizePicks' request for further oral argument.

Respectfully submitted, this 29th day of May, 2024.

/s/ *Scott J. Bornstein*

Nigamnarayan Acharya
Georgia Bar No. 001469
3333 Piedmont Road NE, Ste. 2500
Atlanta, GA 30305
Tel.: (678) 553-2357
acharyan@gtlaw.com

Scott J. Bornstein (*pro hac* vice)
One Vanderbilt Avenue
New York, NY 10017
Tel.: (212) 801-2172
Scott.Bornstein@gtlaw.com

Gregory S. Bombard (*pro hac* vice)
One International Place, Ste. 2000
Boston, MA 02110
Tel.: (617) 310-6027
Gregory.Bombard@gtlaw.com

Kathryn E. Albanese (*pro hac* vice)
One Vanderbilt Avenue
New York, NY 10017

Tel.: (212) 801-6533
Katie.Albanese@gtlaw.com

*Attorneys for Plaintiff Vetnos, LLC*

## L.R. 5.1(C) CERTIFICATE OF COMPLIANCE

Per L.R. 7.1(D), I certify that this pleading was prepared per L.R. 5.1(C) in Times New Roman, 14-point type face.

/s/ *Scott J. Bornstein*
Scott J. Bornstein

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2024, I electronically filed the foregoing document with the clerk of the United States District Court for the Northern District of Georgia, Atlanta Division, using the CM/ECF system, which will send notification and a copy of this filing to all counsel of record.

/s/ *Kathryn E. Albanese*
Kathryn E. Albanese