UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VETNOS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> SIDEPRIZE LLC d/b/a PRIZEPICKS, <br><br> *Defendant*. | Civ. Action No. 1:23-CV-02746-WMR <br><br> Civ. Action No. 1:24-CV-05568-WMR |

## JOINT MOTION TO CONSOLIDATE CASES AND AMEND SCHEDULING ORDER

Plaintiff Vetnos, LLC ("Plaintiff" or "Vetnos") and Defendant SidePrize LLC d/b/a PrizePicks ("Defendant" or "PrizePicks") (collectively, the "Parties"), hereby jointly move the Court, pursuant to Fed. R. Civ. P. 42(a), to consolidate *Vetnos, LLC v. SidePrize LLC d/b/a PrizePicks*, No. 1:23-cv-02746-WMR (the "First Case") and *Vetnos, LLC v. SidePrize LLC d/b/a PrizePicks*, No. 1:24-cv-05568 (the "Second Case"). Additionally, the Parties jointly move the Court to amend the Scheduling Order (D.I. 53), entered on November 1, 2024, in the First Case, to accommodate the newly asserted claims in the Second Case.

Vetnos filed the First Case on June 20, 2023, alleging claims against PrizePicks for infringement of three patents and trade secret misappropriation. *See* First Case, D.I. 1, (Compl.). On December 4, 2024, Vetnos filed the Second Case

1

against PrizePicks for infringement of five additional patents, including patents that are related to those asserted in the First Case. *See* Second Case, D.I. 1 (Compl.). PrizePicks' response to Vetnos' complaint in the Second Case is not due until January 30, 2025. *See* Second Case, D.I. 26 (Order, Dec. 16, 2024).

The Parties request consolidation of these two cases to avoid duplicative discovery, briefing, and motions. The Court has broad authority under Federal Rule of Civil Procedure 42 to consolidate these matters. Fed. R. Civ. P. 42(a). Rule 42 is a "codification of a trial court's inherent managerial power to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Hendrix v. Raybestos-Manhattan, Inc.*, 776 F.2d 1492, 1495 (11th Cir. 1985) (citations and internal punctuation omitted). The Eleventh Circuit has "encouraged" district judges to "make good use of Rule 42(a) in order to expedite the trial and eliminate unnecessary repetition and confusion." *Id.* (citations and internal punctuation omitted).

Here, the Parties agree that consolidation is appropriate because the cases involve common questions of law and fact: *e.g.*, the cases involve the same parties, the respective allegations of patent infringement arise from the same accused products, and several of the new patents are related to the patents in the initial lawsuit. Consolidation will ensure that the discovery process is streamlined and efficient. Moreover, consolidation will result in lower costs for both parties and the

Court by avoiding some duplication during discovery, in dispositive motions, and in claim construction proceedings. Given these facts, consolidation is warranted. *See Sanho Corp. v. Kaijet Tech. Int'l Ltd., Inc.*, No. 1:20-cv-2150-TCB, 2020 WL 8254381 (N.D. Ga. Oct. 19, 2020) (granting motion for consolidation of two patent infringement cases relating to same claimed invention).

The Parties have conferred and agreed upon a proposed schedule that supplements, and modifies certain dates in, the November 1, 2024, Scheduling Order in the First Case, Civil Action No. 1:23-cv-2746 (D.I. 53). The stipulated scheduled is attached as Attachment A to this motion. The proposed schedule complies with the Court's local rules and local patent rules.

On December 21, 2023, Special Master William B. Dyer, III was appointed to serve as the Special Master in the First Case. *See* First Case, D.I. 28. Special Master Dyer was "appointed to supervise claim construction, claim construction briefing by the parties, to schedule and preside over the Markman hearing in this case, and to submit a report and recommendation on claim construction to the Court. Further, the Special Master shall consider Defendant's Motion to Dismiss [14], Motion for Hearing [Doc 22], any discovery disputes that arise between the parties, and any summary judgment motions filed, and provide a report and recommendation to the Court concerning any such motions." First Case, D.I. 26 at 2. The Parties intend that Special Master Dyer will continue to serve in the same capacity in the consolidated

case and, for the avoidance of doubt, consent to the same. Special Master Dyer has reviewed the parties' proposed schedule and has no concerns.

For the reasons set forth above, the Parties ask that the Court grant their joint motion to consolidate the First and Second Cases and that the Court enter the Parties' stipulated supplemental schedule.

Dated: January 21, 2025

MORRIS, MANNING & MARTIN, LLP

/s/ Daniel Huynh
Daniel Huynh (Bar No. 987369)
Ashley N. Klein (Bar No. 579502)
Rebecca K. Connolly (*pro hac vice*)
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA  30326
Tel: (404) 233-7000
Fax: (404) 365-9532
dhuynh@mmmlaw.com
aklein@mmmlaw.com
rconnolly@mmmlaw.com

TAYLOR ENGLISH DUMA LLP

John L. North (Bar No. 545580)
Jeffrey Ray Kuester (Bar No. 429960)
1600 Parkwood Circle
Suite 200
Atlanta, GA  3027
Tel:  678-336-7178
Fax:  770-434-7376
jnorth@taylorenglish.com
jkuester@taylorenglish.com

BOIES SCHILLER FLEXNER LLP

Jesse Panuccio (*pro hac vice*)
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel: (954) 356-0011
jpanuccio@bsfllp.com

Eric J. Maurer (*pro hac vice*)
1401 New York Ave., NW
Washington, DC 20005
Tel: (202) 237-2727
emaurer@bsfllp.com

Alexander Law (*pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel: (212) 754-4541
alaw@bsfllp.com

*Attorneys for Defendant PrizePicks*

GREENBERGTRAURIG, LLP

*/s/ Trenton A. Ward*
Trenton A. Ward
Georgia Bar No. 737779
Nigamnarayan Acharya
Georgia Bar No. 001469
3333 Piedmont Road NE, Ste. 2500
Atlanta, GA  30305
Tel.: (678) 553-2100
Trenton.Ward@gtlaw.com
acharyan@gtlaw.com

Scott J. Bornstein (*pro hac vice*)
Richard C. Pettus (*pro hac vice*)
Giancarlo Scaccia (*pro hac vice forthcoming*)
Kathryn E. Albanese (*pro hac vice*)
One Vanderbilt Avenue
New York, NY 10017
Tel.: (212) 801-9200
Scott.Bornstein@gtlaw.com
PettusR@gtlaw.com
ScacciaG@gtlaw.com
Katie.Albanese@gtlaw.com

Gregory S. Bombard (*pro hac vice*)
One International Place, Ste. 2000
Boston, MA  02110
Tel.: (617) 310-6027
Gregory.Bombard@gtlaw.com

*Attorneys for Plaintiff Vetnos, LLC*

## L.R. 7.1(D) CERTIFICATE OF COMPLIANCE

Per L.R. 7.1(D), I certify that this pleading was prepared per L.R. 5.1(C) in Times New Roman, 14-point type face.

Dated:  January 21, 2025                               */s/ Daniel Huynh*
                                                                          Daniel Huynh

## CERTIFICATE OF SERVICE

I hereby certify that on the below date the foregoing document is being filed using the Court's CM/ECF system, which will send serve this document on all counsel.

Dated:  January 21, 2025                               */s/ Daniel Huynh*
                                                                          Daniel Huynh